# Third District Court of Appeal

## State of Florida

Opinion filed January 17, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-0818
Lower Tribunal No. 18-340-P

————————————

**Jay Dennis,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Weber, Crabb & Wein, P.A., and Jeremy D. Bailie (St. Petersburg), for appellant.

Cole, Scott & Kissane, P.A., and David C. Borucke (Tampa), for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. _See_ _People's Tr. Ins. Co. v. Farinato_, 315 So. 3d 724 (Fla. 4th DCA 2021) and _Green v. Citizens Prop. Ins. Corp._, 59 So. 3d 1227 (Fla. 4th DCA 2011).